# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. ZUNIGA, SR., | NO. CV 07-4487 AG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 27, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE